No. 81–1496. SPIESS ET AL. *v.* C. ITOH & CO. (AMERICA), INC. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Sumitomo Shoji America, Inc.* v. *Avagliano, ante,* p. 176.

No. 81–1761. ECKERD DRUGS, INC., ET AL. *v.* BROWN ET AL. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *General Telephone Co. of Southwest* v. *Falcon, ante,* p. 147.

No. 81–1849. UNITED STATES *v.* CURRIE. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *United States* v. *Goodwin, ante,* p. 368.

No. A–1054. FLORIDA BUSINESSMEN FOR FREE ENTERPRISE ET AL. *v.* CITY OF HOLLYWOOD ET AL. C. A. 11th Cir. Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied. JUSTICE REHNQUIST and JUSTICE STEVENS took no part in the consideration or decision of this application.